

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**W. Simone Nicholson**
*Special Assistant Corporation Counsel*
Office: (212) 356-2394
Mobile: (646) 391-6899

June 1, 2022

**VIA ECF**
Hon. Lewis J. Liman
Daniel F. Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*The request is GRANTED, and the Initial Pretrial Conference is adjourned to July 18, 2022 at 4:30 p.m. The parties should use the dial-in information previously provided and, at that conference, should be prepared to discuss any efforts to narrow the issues before the Court.*

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   K.M. v. N.Y.C Dep't of Educ., No. 22-cv-2183 (LJL)(GWG)    6/2/2022

Dear Judge Liman:

  I am Special Assistant Corporation Counsel in the office of Corporation Counsel, Sylvia O. Hinds-Radix, attorney for Defendant in the matter referenced above, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act 20 U.S.C. §1400, *et. seq*. ("IDEA"), as well as for this action.

  I write to respectfully request an adjournment *sine die* of the Initial Conference scheduled for from June 8, 2022 and a corollary adjournment of the parties' time to submit a Proposed Case Management Plan (CMP) due today June 1. This is the first request and Plaintiff consents. We apologize to the Court for the lateness of this request and any inconvenience it may cause. The case was recently re-assigned and the CMP submission date was not calendared properly. We note that the Courts in this District routinely grant requests of this type because the vast majority of IDEA fees-only cases are fully resolved without need for a conference or motion practice.

  Accordingly, Defendant respectfully requests that the Court adjourn the Initial Conference *sine die,* or alternatively to July 18, 2022 or a date thereafter convenient for the Court.
  Thank you for considering these requests.

Respectfully submitted,

*/s/ W. Simone Nicholson*
Simone Nicholson
Special Assistant Corporation Counsel

cc:   Erin O'Connor, *Of Counsel* (via ECF)